UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NEWSON,<br><br>                      Plaintiff,<br><br>   v.<br><br>THURISTON MOORE, *et al.*,<br><br>                      Defendants. | Case No. 3:23-cv-00032-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

      The Office of the Attorney General did not accept service of process on behalf of Defendant **Matthew Leong,** who is no longer an employee of the Nevada Department of Corrections. (ECF No. 14.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 15.)

      The Clerk shall ISSUE a summons for **Matthew Leong** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 15.) The Clerk shall also SEND sufficient copies of the Complaint (ECF No. 5), Screening Order (ECF No. 4), and this Order to the U.S. Marshal for service on the Defendant. The court will separately provide to the U.S. Marshal a completed USM 285 form for Defendant Leong.

      Plaintiff is reminded that **November 26, 2023**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

      **IT IS SO ORDERED.**

      DATED:  September 15, 2023.

                                                                                                                                                                                                 _____
                                                                                                                                                                                             UNITED STATES MAGISTRATE JUDGE