# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NEWSON,<br><br>     Plaintiff,<br><br>v.<br><br>THURISTON MOORE, *et al.*,<br><br>     Defendants. | 3:23-cv-00032-ART-CSD<br><br>**ORDER** |

On September 15, 2023, Defendants filed a Notice of Acceptance of Service which stated that "service is not accepted on behalf of Matthew Leong and his last known address will be filed *under seal* with the Court." (ECF No. 14 at 2.)

On October 12, 2023, the U.S. Marshal Service returned the summons and USM-285 form for Defendant Matthew Leong as unexecuted with the notation "no longer reside to the address provided." (ECF No. 19 at 2.)

It has come to the court's attention that Defendant Matthew Leong is a named Defendant in a lawsuit (*Truman v. Moore, et al.*, 3:22-cv-00548-MMD-CLB) for whom the Office of the Attorney General accepted service on July 17, 2023.

Based on the above, the Office of the Attorney General shall **within fourteen (14) days** from the date of this order advise if the Office can accept service for Defendant Matthew Leong.

**IT IS SO ORDERED.**

DATED: November 1, 2023.

_____
UNITED STATES MAGISTRATE JUDGE